UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-394 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| QUARSIE KAREEM JACOBS, | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Jacobs,* case no. 2:18-cr-00394-JCM-PAL-1.

On April 25, 2019, the court granted defendant's motion to suppress evidence of the firearm recovered from defendant by a Las Vegas Metropolitan Police Department officer on the date of his arrest, as the court found that that evidence had been obtained pursuant to an illegal search and seizure. (ECF No. 44). Because the order granting defendant's motion to suppress purportedly "disposes of the single charge against him," defendant has filed an emergency motion for immediate release from incarceration pending dismissal of this case. (ECF No. 45).

The United States of America ("the government") filed a response to the motion on April 30, 2019, indicating that it does not oppose defendant's request for immediate release while the solicitor general determines whether appellate review of the court's order is warranted. (ECF No. 47 at 2). *See* 28 C.F.R. § 0.20(b).

Therefore, because the government does not oppose defendant's motion, and good cause appearing, defendant's motion for immediate release is granted.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS ORDERED THAT defendant's emergency motion for immediate release (ECF No. 45) be, and the same hereby is, GRANTED.

IT IS SO ORDERED.

DATED April 30, 2019.

                                                  /s/ James C. Mahan
                                                  UNITED STATES DISTRICT JUDGE