# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-394-JCM-PAL |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |
| QUARSIE KAREEM JACOBS, | |
| Defendant. | |

Having duly considered the United States' Motion to Dimiss Indictment Without Prejudice, the motion is hereby GRANTED.

IT IS HEREBY ORDERED.

DATED: May 8, 2019.

*[signature]*
_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE